**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **PACKET TREAD LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**AUDIOCODES, INC.,**<br><br>    **Defendant.** | No. 5:17-cv-35-JRG-CMC |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Packet Tread LLC and Defendant AudioCodes, Inc., file this joint motion to stay all deadlines and provide notice of settlement. All matters in controversy between the parties have been settled, in principle. The parties request that this Court stay for thirty (30) days all unreached deadlines so that they may finalize their settlement agreement and file the appropriate dismissal papers. A proposed order is attached.

| | |
|---|---|
| Dated: May 19, 2017 | Respectfully submitted |
| */s/ Peter J. Corcoran, III* | */s/ Shaun W. Hassett* |
| Peter J. Corcoran, III | Shaun W. Hassett (SBN 24074372) |
| Texas State Bar No. 24080038 | **MCGUIREWOODS LLP** |
| **CORCORAN IP LAW PLLC** | 2000 McKinney Avenue |
| 2019 Richmond Road, Suite 380 | Suite 1400 |
| Texarkana, Texas 75503 | Dallas, Texas 75201 |
| Tel: 903.701.2481 | Tel: (214) 932-6400 |
| Fax: 844.362.3291 | Fax: (214) 932-6499 |
| Email: peter@corcoranip.com | shassett@mcguirewoods.com |
| | |
| *Attorney for Plaintiff* | George B. Davis (VA Bar No. 83165) |
| PACKET TREAD LLC | **MCGUIREWOODS LLP** |
| | Gateway Plaza |
| | 800 East Canal Street |
| | Richmond, VA 23219-1129 |
| | Tel: (804) 775-1000 |
| | gdavis@mcguirewoods.com |
| | |
| | *Attorneys for Defendant* |
| | AUDIOCODES, INC. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system and local rules on May 19, 2017.

>                     */s/ Peter J. Corcoran, III*
>                     Peter J. Corcoran, III