UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PACKET TREAD LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AUDIOCODES, INC.,<br><br>        Defendant. | No. 5:17-cv-35-JRG-CMC |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiff Packet Tread LLC and Defendant AudioCodes, Inc., file this Joint Motion to Dismiss With Prejudice all claims pending in this case against Defendant AudioCodes, Inc.  Each party respectfully requests that they bear their own attorneys' fees and costs and that all relief not previously granted be denied as moot, and Case No. 5:17-cv-35-JRG-CMC be closed.  A proposed order is attached.

| | |
|---|---|
| Dated: July 7, 2017 | Respectfully submitted |
| */s/ Peter J. Corcoran, III* | */s/ Shaun W. Hassett* |
| Peter J. Corcoran, III | Shaun W. Hassett (SBN 24074372) |
| Texas State Bar No. 24080038 | **MCGUIREWOODS LLP** |
| **CORCORAN IP LAW PLLC** | 2000 McKinney Avenue |
| 2019 Richmond Road, Suite 380 | Suite 1400 |
| Texarkana, Texas 75503 | Dallas, Texas 75201 |
| Tel: 903.701.2481 | Tel: (214) 932-6400 |
| Fax: 844.362.3291 | Fax: (214) 932-6499 |
| Email: peter@corcoranip.com | shassett@mcguirewoods.com |
| *Attorney for Plaintiff* | George B. Davis (VA Bar No. 83165) |
| PACKET TREAD LLC | **MCGUIREWOODS LLP** |
| | Gateway Plaza |
| | 800 East Canal Street |
| | Richmond, VA 23219-1129 |
| | Tel: (804) 775-1000 |
| | gdavis@mcguirewoods.com |
| | *Attorneys for Defendant* |
| | AUDIOCODES, INC. |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's CM/ECF system and local rules on July 7, 2017.

*/s/ Peter J. Corcoran, III*
Peter J. Corcoran, III